**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL IRAHETA, AKA Danie Iraheta Iraheta,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>Respondent. | No.　16-73405<br><br>Agency No. A026-763-474<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 11, 2019[**]

Before:　CANBY, GRABER, and MURGUIA, Circuit Judges.

Daniel Iraheta, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252.  We deny in part and dismiss in

---

[*]　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]　The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

part the petition for review.

Iraheta does not raise, and therefore waives any challenge to, the agency's denial of his motion to reopen as untimely. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in an opening brief are waived). Because timeliness is dispositive, to the extent Iraheta challenges the agency's denial of reopening for failure to show prima facie eligibility for cancellation of removal, we do not address that contention. *See Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004) (the courts and the agency are not required to make findings on issues the decision of which is unnecessary to the results).

To the extent Iraheta challenges the agency's denials of asylum and related relief and relief under the Nicaraguan Adjustment and Central American Relief Act in his previous deportation proceedings, we lack jurisdiction to consider those contentions as this petition is untimely as to those decisions. *See* 8 U.S.C. § 1252(b)(1).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

16-73405